UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carla Hughes Lewis,

    Plaintiff,

    v.

Selina Miller,

    Defendant.

Case No. 2:13–cv–641

Judge Michael H. Watson

Magistrate Judge Kemp

## ORDER

On July 22, 2013, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 95-2 for the Southern District of Ohio Eastern Division, filed a Report and Recommendation concerning the disposition of Carla Hughes Lewis's ("Plaintiff") Complaint in this civil rights case. ECF No. 5. The Report and Recommendation recommended dismissing the action.

The Report and Recommendation notified the parties of their right to file objections to the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). The Report and Recommendation further specifically advised the parties that the failure to object to the Report and Recommendation within fourteen days would result in a waiver of both the right to *de novo* review by the District Judge and the right to appeal the decision of the District Court adopting

the Report and Recommendation. Report and Recommendation 2, ECF No. 5. The deadline for filing such objections has passed, and no objections were filed.

The docket in this case reflects that all mail sent to Plaintiff, including the notice of the hearing and the Report and Recommendation, has been returned as undeliverable due to an insufficient address. However, "it is the obligation of every litigant to update the Court with his current address, failing which, litigation may become subject to dismissal for failure to prosecute." *Aden v. Herrington*, No. 1:12–cv–86, 2012 WL 5288033, at *1 n.1 (S.D. Ohio October 25, 2012).

Accordingly, having received no objections, the Report and Recommendation is **ADOPTED**, and the case is **DISMISSED** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall enter final judgment and terminate this case.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**